MWG:RAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

CODY BUTZER,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE
NORTHERN DISTRICT
OF OHIO

(Fed. R. Crim. P. 5)

Case No. 26-MJ-109

EASTERN DISTRICT OF NEW YORK, SS:

Yen Nhi Nguyen, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about May 27, 2026, the United States District Court for the Northern District of Ohio issued a warrant for the arrest of the defendant CODY BUTZER in connection with an indictment charging him with being a felon in possession of firearms and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), in U.S. v. Butzer, No. 26 CR 255 (N.D. Ohio).

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. On or about May 27, 2026, a grand jury sitting in the Northern District of Ohio, Eastern Division, returned an Indictment charging the defendant CODY BUTZER with one count of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). A true and correct copy of the Indictment is attached as Exhibit 1.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2.     On or about May 27, 2026, the United States District Court for the Northern District of Ohio issued a warrant (the "Warrant") for the arrest of the defendant CODY BUTZER in connection with the Indictment.   A true and correct copy of the Warrant is attached as Exhibit 2.

3.     On or about June 1, 2026, the defendant CODY BUTZER was arrested by the Federal Bureau of Investigation in the Eastern District of New York.   At the time of his arrest, the defendant CODY BUTZER confirmed to law enforcement agents his name, which matches the name of the CODY BUTZER wanted in the Northern District of Ohio, as well as his date of birth and social security number, which also match the date of birth and social security number of the CODY BUTZER wanted in the Northern District of Ohio.  Law enforcement agents also compared the physical appearance of the defendant CODY BUTZER to a photograph of CODY BUTZER wanted in the Northern District of Ohio, and he appeared consistent with the person depicted in this photograph.   Law enforcement agents fingerprinted the defendant CODY BUTZER and his fingerprints were consistent with fingerprints taken from the CODY BUTZER wanted in the Northern District of Ohio.

4.     Based on the forgoing, I submit there is probable cause to believe that the defendant is the CODY BUTZER wanted in the Northern District of Ohio.

WHEREFORE, your deponent respectfully requests that the defendant CODY BUTZER be removed to the Northern District of Ohio so that he may be dealt with according to law.

Yen Nhi Nguyen
Special Agent, Federal Bureau of Investigation

Sworn to before me this
__ day of June, 2026

THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT 1

**FILED**

MAY 2 7 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **5 : 2 6 CR 0 0 2 5 5** |
| | ) | |
| CODY BUTZER, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | **JUDGE BARKER** |

COUNT 1
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about June 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant CODY BUTZER, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Trafficking in Drugs, in case number 2006-CR-1854, in the Stark County Common Pleas Court, on or about March 15, 2007; and Felonious Assault, in case number CR-2020-02-0667, in the Stark County Common Pleas Court, on or about January 13, 2021, knowingly possessed in and affecting interstate commerce firearms, to wit: an American Arms Inc. (Aldo Uberti) model Regulator, .45 caliber revolver, bearing serial number 127644; a black and gold 9mm semiautomatic pistol, manufacturer unknown, bearing no serial number; a Glock GMBH, model 43, 9mm semiautomatic pistol, bearing serial number BHVS219; a Glock GMBH, model 43x, 9mm semiautomatic pistol, bearing serial number BKNC122; a Polymer 80, model PF940C, semiautomatic pistol, bearing no serial number; a Sig Sauer, model P320, 9mm semiautomatic

pistol, bearing serial number 58H085709; a Taurus, model PT92 AFS-D, 9mm semiautomatic pistol, bearing serial number TMS97247; a Glock Inc, model 19, 9mm semiautomatic pistol, bearing serial number AGGK405; a Polymer 80, model PFC9, 9mm semiautomatic pistol, bearing serial number CA01083; a Pietro Beretta, model 8045 F Mini Cougar, .45 caliber semiautomatic pistol, bearing serial number 067738MC; a Sig Sauer, moder 1911 Max, 9mm semiautomatic pistol, bearing serial number 54032511; a Glock GMBH, model 19, 9mm semiautomatic pistol, bearing serial number CCAP855; a Kel-Tec, model KS7, 12-gauge shotgun, bearing serial number Q1362; a Savage Arms Inc, model 110, 450 Bushmaster caliber bolt action rifle, bearing serial number P188975; a Glock GMBH, model 17, 9mm semiautomatic pistol, bearing serial number BHBZ855; a Browning Arms Co., model Medallion, .300 win mag bolt action rifle, bearing serial number 23225ZP35; a Palmetto State Armory, model PA-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number SCNL000698; an Anderson Manufacturing, model AM-15, multi caliber semiautomatic rifle, bearing serial number 21236036; a Franklin Armory, model FAI-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number A-35344; a Tristar Arms Inc., model Cypher SP, shotgun bearing serial number 24TH1208107; a Primary Weapons Systems Inc (dba PWS), model MK1, multi caliber (chambered in .223) semiautomatic rifle, bearing serial number W10207; a Kel-Tec, model KSG, 12-gauge semiautomatic shotgun, bearing serial number XX2T23; an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 21144944; an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 19260564; a Kriss USA, Inc., Vector CRB, 10mm caliber semiautomatic rifle, bearing serial number 10C002972; a Remington, model 700, .308 caliber bolt action rifle, bearing serial number RR78807L; and ammunition, said firearms and

ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.      For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Count 1 are incorporated herein by reference. As a result of the foregoing offense, Defendant CODY BUTZER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Count 1, including, but not limited to:

    a. an American Arms Inc. (Aldo Uberti) model Regulator, .45 caliber revolver, bearing serial number 127644;

    b. a black and gold 9mm semiautomatic pistol, manufacturer unknown, bearing no serial number;

    c. a Glock GMBH, model 43, 9mm semiautomatic pistol, bearing serial number BHVS219;

    d. a Glock GMBH, model 43x, 9mm semiautomatic pistol, bearing serial number BKNC122;

    e. a Polymer 80, model PF940C, semiautomatic pistol, bearing no serial number;

    f. a Sig Sauer, model P320, 9mm semiautomatic pistol, bearing serial number 58H085709;

    g. a Taurus, model PT92 AFS-D, 9mm semiautomatic pistol, bearing serial number TMS97247;

3

h.  a Glock Inc, model 19, 9mm semiautomatic pistol, bearing serial number AGGK405;

i.  a Polymer 80, model PFC9, 9mm semiautomatic pistol, bearing serial number CA01083;

j.  a Pietro Beretta, model 8045 F Mini Cougar, .45 caliber semiautomatic pistol, bearing serial number 067738MC;

k.  a Sig Sauer, moder 1911 Max, 9mm semiautomatic pistol, bearing serial number 54032511;

l.  a Glock GMBH, model 19, 9mm semiautomatic pistol, bearing serial number CCAP855;

m.  a Kel-Tec, model KS7, 12-gauge shotgun, bearing serial number Q1362;

n.  a Savage Arms Inc, model 110, 450 Bushmaster caliber bolt action rifle, bearing serial number P188975;

o.  a Glock GMBH, model 17, 9mm semiautomatic pistol, bearing serial number BHBZ855;

p.  a Browning Arms Co., model Medallion, .300 win mag bolt action rifle, bearing serial number 23225ZP35;

q.  a Palmetto State Armory, model PA-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number SCNL000698;

r.  an Anderson Manufacturing, model AM-15, multi caliber semiautomatic rifle, bearing serial number 21236036;

s.  a Franklin Armory, model FAI-15, multi caliber (chambered in 5.56) semiautomatic pistol, bearing serial number A-35344;

t.  a Tristar Arms Inc., model Cypher SP, shotgun bearing serial number 24TH1208107;

u.  a Primary Weapons Systems Inc (dba PWS), model MK1, multi caliber (chambered in .223) semiautomatic rifle, bearing serial number W10207;

v.  a Kel-Tec, model KSG, 12-gauge semiautomatic shotgun, bearing serial number XX2T23;

w.  an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 21144944;

x.  an Anderson Manufacturing, model AM-15, multi caliber semiautomatic pistol, bearing serial number 19260564;

y.  a Kriss USA, Inc., Vector CRB, 10mm caliber semiautomatic rifle, bearing serial number 10C002972;

z.  a Remington, model 700, .308 caliber bolt action rifle, bearing serial number RR78807L; and

aa. ammunition.


A TRUE BILL.


Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

5

# EXHIBIT 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>CODY BUTZER,<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

**5:26 CR 00255**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Cody Butzer                                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

Date:  5 27 26

City and state:    Cleveland, Ohio

_____
Issuing officer's signature

Jody Wilson
_____
Printed name and title

## Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____ .

Date: _____

_____
Arresting officer's signature

_____
Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    Cody Butzer

Known aliases:

Last known residence:    2700 Cory Ave., Akron, Ohio 44314

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:    06/06/1985

Social Security number:    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

Height:    5'9"          Weight:    205 lbs.

Sex:    Male           Race:    White

Hair:    Bald           Eyes:    Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:    2021-Felonious Assault; 2007- Aggravated Trafficking in Drugs

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:    FBI, Lakeside Ave. Bldg. 1501, East Cleveland, OH 44114-1138
TFO Michael Schmit (440) 417-4182 /email: mjschmitt@fbi.gov

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: